ACCEPTED
05-14-01470-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/17/2015 9:12:44 AM
LISA MATZ
CLERK

Case No. 05-14-01470-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/17/2015 9:12:44 AM
LISA MATZ
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
DALLAS, TEXAS

LANDON MAY,

*Appellant,*

v.

MARIBETH BRYANT,

*Appellee.*

On Appeal from Cause No. 1400171
In the County Court-At-Law #2 of Hunt County, Texas
Honorable F. Duncan Thomas, Presiding

**APPELLANT'S VOLUNTARY MOTION FOR DISMISSAL**

TO THE HONORABLE FIFTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 42.1, the Appellant, Landon May, files this, Appellant's Voluntary Motion for Dismissal.

Appellant's moves that this Court dismiss the above captioned and numbered cause and that it be remanded to trial court for any further proceedings.

Respectfully submitted,

**MONEY LAW FIRM, PLLC**


By: /s/ Brent A. Money

**Brent A. Money**
Texas Bar No. 24049530
2606 Lee Street
Greenville, Texas 75401
Phone: (903) 455-1600
Fax: (888) 756-4746
**ATTORNEY FOR APPELLANT,
LANDON MAY**


## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon all counsel of record in the above-styled matter in accordance with the applicable Rules of Civil Procedure on the 17th day of March, 2015.

**Via Facsimile**
Joe Weis
PEMBERTON, GREEN, NEWCOMB & WEIS
2507 Washington Street
Greenville, TX 75401
**ATTORNEY FOR APPELLEE**
Fax: (903) 455-1710


/s/ Brent A. Money
Brent A. Money